IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| STEVE FANADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 22-CV-4180 |
| | ) | Honorable Judge Andrea Wood |
| | ) | |
| THOMAS DART, COOK COUNTY SHERIFF; | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO: **Laura Anne Grochocki**
Laura Grochocki Attorney at Law
440 N. Mcclurg Ct., Apt. 816
Chicago, IL 60611
(312) 719-3257
Email: lauraglaw@aol.com

PLEASE TAKE NOTICE that on September 16, 2022, I electronically filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL, Defendant's Motion to Dismiss Plaintiff's Complaint.

KIMBERLY M. FOXX
State's Attorney of Cook County

By: /s/ *Jessica L. Wasserman*

Jessica L. Wasserman
Joseph M. Hodal
Assistant State's Attorneys
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-5480
Jessica.wasserman@cookcountyil.gov
Joseph.hodal@cookcountyil.gov

CERTIFICATE OF SERVICE

      I, Jessica L. Wasserman, Assistant State's Attorney, hereby certify that on August 24, 2022, I filed the above motion and that the individuals listed above, and all counsel of record, were served via Electronic Case Filing (ECF).

/s/ *Jessica L. Wasserman*

Jessica L. Wasserman