EXHIBIT A

BODY ATTACHMENT

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT – DOMESTIC RELATIONS DIVISION

Judge Michael A. Forti

JUN 21 2022

Circuit Court - 2162

IN RE THE MARRIAGE OF )
)
PAMELA HARNACK, )
        Petitioner )
) Case No. 2008 D 2844
And )
) Calendar 61
STEVE FANADY, )
        Respondent. )

**BODY ATTACHMENT ORDER**

**THIS MATTER** being heard on June 14, 2022, pursuant to a rule to show cause issued in open court on February 09, 2021, and returnable *instanter* that day, directed to Respondent, **STEVE FANADY** to show cause, if any he has, why he should not be found in indirect civil contempt and sanctioned forthwith, for failure to comply with the Court's order entered on December 11, 2020.

The circuit court having conducted a full evidentiary hearing on February 09, 2021, on the Petitioner's petition for rule to show cause filed December 30, 2020, and conducted further hearing on June 14, 2022, due and proper notice having been given; the Petitioner appearing in person and through counsel via Zoom on February 09, 2021, and through counsel via Zoom on June 14, 2022; the Respondent personally appearing via Zoom on June 14, 2022; and the Court being fully advised:

**THE COURT FINDS:**

1. This is Respondent's, STEVE FANADY's, Body Attachment ordered by this Court.

2. The Court has jurisdiction of the parties and subject matter.

3. On the 11th day of December, 2020, this Court entered an order directing the Respondent to transfer 120,000 shares of CBOE Holdings, as well as any monetary benefit associated with the shares or alternatively, pay to Petitioner the value of the shares and any monetary benefit associated therewith.

4. As of the 14th day of June, 2022, Respondent has failed to: comply with the terms of the December 11, 2020 Order, having failed to transfer any monetary sums or shares of CBOE to the Petitioner.

5. The Respondent has not given any legally sufficient reasons for failure to comply with said order, even though he had, and still has, the means to comply with said order, and that Respondent's failure to comply with said order is willful and contumacious.

6. The conduct of the Respondent has defeated and impaired the rights and interests of the

1

Petitioner and has further impeded and obstructed the Court in its administration of justice.

**WHEREFORE, THE COURT ORDERS:**

1. The Sheriff of Cook County, the Sheriff of any County in Illinois, or any duly deputized law enforcement agent to seize the Respondent:

   Name: STEVE FANADY            Date of Birth: 10/10/1964
   Male, height 5'11", weight 190lbs, Caucasian

   Last known home address:   4360 Lindenwood Lane, Northbrook, IL 60062

2. If the Respondent, STEVE FANADY, is taken into custody, the Sheriff/law enforcement agency may release the Respondent after he shall deposit $10,000,000.00 (Ten Million Dollars) into escrow with the Sheriff or the court.

3. If the Respondent is released pursuant to paragraph 2, the Sheriff shall then advise the Respondent that hearing on the petition is continued 21 days from the date of release and the Respondent is required to appear at 9:30 a.m. at the Daley Center, 50 W. Washington, Chicago, Illinois, Room 3004.

4. The Sheriff is directed to enter Respondent into the LEADS database.

**FAILURE TO APPEAR AFTER POSTING ESCROW SHALL RESULT IN ANOTHER BODY ATTACHMENT**

6. The conditions set forth on the next page apply to this order.

   **\*Pursuant to Administrative Order 2020 D 12 (Amended 11/19/20), the Court expressly finds that this body attachment is the result of STEVE FANADY's refusal to comply with the December 11, 2020 court order as it relates to marital property and NOT related to non-payment of support or maintenance.**

ENTER:   _MWM_  _9 FD 2112_
             JUDGE                              NO.

Michael G. DiDomenico, Esq.
Sean M. Hamann, Esq.
**Lake Toback DiDomenico**
Attorney for Pamela Harnack
33 North Dearborn, Suite 1720
Chicago, Illinois 60602
Telephone No. (312) 726-7111
mdidomenico@laketoback.com

Paul J. Bargiel, Esq.
**Paul J. Bargiel, P.C.**
Attorney for Pamela Harnack
30 North LaSalle, Suite 3250
Chicago, Illinois 60602
Telephone No. (312) 263-0888
pauljbargiel@gmail.com

2

shamann@laketoback.com

I informed the Respondent that his court date is _____, 2022 at the time and location set forth in paragraph 3 and informed him attendance is mandatory. A copy of this order was given to the Respondent.

Date: _____        Sheriff: _____

                                                           Respondent: _____

**CONDITIONS OF BODY ATTACHMENT ORDER**

1. A copy of this order is given by the Sheriff to the Respondent.

2. **THE CONTINUANCE DATE GIVEN BY THE SHERIFF/LAW ENFORCEMENT AGENT TO THE RESPONDENT SHALL NOT BE LESS THAN 21 DAYS NOR MORE THAN 30 DAYS FROM THE DATE OF RELEASE, AND IF SUCH DATE FALLS ON A COURT HOLIDAY, THE HEARING WILL BE HELD ON THE NEXT REGULAR DAY THE COURT IS IN SESSION.**

3. The order is directed to any Sheriff of any County in Illinois.

4. The Clerk shall notify the Petitioner, public officer or legal counsel whose name appears on this order of the court date at which the Respondent /Obligor is required to appear.

5. **If the Respondent fails to appear on the next court date,** the escrow deposited either with the Sheriff or the Clerk pursuant to local rule shall be sent immediately from the Clerk of the Circuit Court Bond Department to the Office of the Clerk of the Circuit Court, Richard J. Daley Center, 50 West Washington Street, Room LL01, Chicago, Illinois 60602, to be applied toward Respondent's obligations to Petitioner.

6. The escrow is not subject to fees.

Docket No. 2008 D 2844

3