EXHIBIT B

ORDER OF ADJUDICATION OF INDIRECT CIVIL CONTEMPT AND/ OR ORDER OF COMMITMENT

**4210** - Held In Contempt Of Court - Allowed
**4437** - Law Enforcement Agency to Comply - Allowed
**4676** - Party to Purge - Allowed
**4309** - Bond Set At - Allowed
**9203** - Stay Of Execution
**4436** - Clerk's Office to Comply - Allowed               (Rev. 12/01/20) CCDR 0032 A

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION**

| | |
|---|---|
| IN RE THE MARRIAGE OF ) | |
| ) | |
| **PAMELA HARNACK,** ) | |
| Petitioner ) | |
| ) | Case No. **2008 D 2844** |
| And ) | |
| ) | Calendar **61** |
| **STEVE FANADY,** ) | |
| Respondent. ) | |

**ORDER OF ADJUDICATION OF INDIRECT CIVIL CONTEMPT AND / OR
ORDER OF COMMITMENT**

   This cause being heard this date pursuant to a rule to show cause directed to **STEVE FANADY** (hereinafter "contemnor") to show cause, if any he has, why he should not be found in indirect civil contempt and sanctioned forthwith, for failure to comply with the Court's order entered on **December 11, 2020**, directing contemnor to **transfer to Petitioner 120,000 shares of CBOE Holdings and any other monetary benefits accruing to said shares including but not limited to interest and dividends from the date of the divorce judgment, on or before Friday, December 18, 2020, at 5:00 p.m. In the event that Respondent no longer possesses said shares, he shall pay to Petitioner the value of said shares along with any interest, dividends, or other monetary benefits collected by Respondent since the date of the divorce judgment, on or before Friday. December 18, 2020 at 5:00 p.m.**

   And the Petitioner appearing:
**XX** in person and **XX** with counsel, and the contemnor likewise appearing **XX** in person and ____ with counsel;

   And the Court, having heard the testimony of the parties and witnesses, together with all pleadings, exhibits, and arguments of counsel, and being fully advised in the premises, hereby finds that:

1. The Court has jurisdiction of the parties and subject matter;

2. On the **11**th day of **December, 2020** this Court entered an order directing the contemnor to **transfer 120,000 shares of CBOE Holdings, as well as any monetary benefit associated with the shares or alternatively, pay to Petitioner the value of the shares and any monetary benefit associated therewith.**

3. As of the **9**th day of **February, 2021**, contemnor has failed to: **comply with the terms of the December 11, 2020 Order, having failed to transfer any monetary sums or shares of CBOE to the Petitioner.**

4. The contemnor has not given any legally sufficient reasons for failure to comply with said order, even though he had, and still has, the means to comply with said order, and that contemnor's failure to comply with said order is willful and contumacious;

5. The conduct of the contemnor has defeated and impaired the rights and interests of the Respondent and has further impeded and obstructed the Court in its administration of justice; and

**IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IT IS THEREFORE ORDERED AND ADJUDGED that the contemnor:

4210 ☐ **XX Is hereby found and declared to be in indirect civil contempt of Court for willful failure to obey the Court's order as herein stated;**

4437 ○ **XX Is ordered committed to the Cook County Jail, there to remain until he shall have purged himself of contempt by:**
**Transferring 120,000 shares of stock, ticker symbol CBOE, to Petitioner; OR transferring the sum of $10,000,000.00 (ten million dollars) to the Petitioner based on a reduced figure from the $85.97/share close price on December 11, 2020**

9203 ~~Commitment is stayed until~~_____, _____ ~~s/he purges the contempt by~~
4676
~~posting $~~_____~~with the Clerk of the Circuit Court.~~

4436 **XX The Clerk of the Court is directed to prepare a certified copy of this Order and submit same to the Sheriff of Cook County.**

**XX Respondent's oral motion for stay pending appeal without bond is denied.**

Atty. No.: **91154**

Name: **LAKE TOBACK DiDOMENICO**

Atty. for: **Petitioner – Pamela Harnack**

Address: **33 N. Dearborn, Suite 1720**

City/State/Zip: **Chicago, IL 60602**

Telephone: **(312) 726-7111**

Email: **mdidomenico@laketoback.com**;
**shamann@laketoback.com**

Respondent email: **legal@sotiri.com**

Associate Judge
David E. Haracz

Entered: **Feb 9 2021**, _____

Circuit Court - 1878

*/s/ David E. Haracz #1878*
Judge        Judge's No.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS