EXHIBIT D

July 21, 2022 ORDER ENTERED

BY ELECTRONIC MEANS

# IN THE CIRCUIT COURT OF COOK COUNTY, COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: THE MARRIAGE OF: )
)
PAMELA HARNACK, )
)
      Petitioner, ) No. 2008 D 2844
)
and ) Cal. 61
)
STEVE FANADY, )
)
      Respondent. )

## ORDER ENTERED BY ELECTRONIC MEANS

THIS CAUSE coming before the Honorable Court on July 21, 2022, on emergency presentment of Respondent's *Emergency Verified Motion to Allow Sheriff of Cook County to Put Respondent on Electronic Monitoring/Home Detention because of Illegal Conditions of Detention* ("**Motion**"), Petitioner having filed her response in opposition to emergency, Respondent appearing via Zoom in his person and through counsel, Petitioner appearing via Zoom through counsel, the Court having heard argument and considering the written filings, due notice given and the Court duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Respondent's Motion is deemed not to be an emergency for the reasons stated in open court.

2. Petitioner is given 35 days, to and including August 25, 2022, to file a written response to Respondent's Motion.

3. Respondent is given 14 days thereafter, to and including September 8, 2022, to reply to Petitioner's response.

4. The July 26, 2022, date is stricken.

5. The August 3, 2022, date is stricken. Counsel for Petitioner shall confer with the movant of the motion filed for presentment on August 3 to seek to enter into an agreed briefing

schedule.

6. The previously scheduled August 24, 2022, date shall stand, however it shall be converted from in-person status to status via Zoom at 9:15 AM, which Zoom information is provided by the Court.

7. The Motion is set for hearing on September 28, 2022, via Zoom, at 11:30 AM, which Zoom information is provided by the Court.

8. Courtesy copies shall be delivered to the Court on or before September 22, 2022, via hand delivery to Courtroom 3004.

9. Any proposed exhibits and lists of intended witnesses in accordance with Illinois Supreme Court Rule 213 shall be exchanged on or before September 15, 2022, at 5:00 PM.

10. Counsel shall confer to reach any stipulations on or before September 22, 2022.

ENTERED: [signature] 2162

Judge No.

**LAKE TOBACK DiDOMENICO**
Attorney No. 91154
Attorneys for Petitioner
33 N. Dearborn St., Suite 1720
Chicago, IL 60602
P: 312-726-7111
mdidomenico@laketoback.com
shamann@laketoback.com

ENTERED
July 28, 2022
Iris Y. Martinez
Clerk of the Circuit Court
of Cook County, IL
DEPUTY CLERK

**Counsel for Respondent Email:** lauraglaw@aol.com