EXHIBIT F

AUGUST 12, 2022 ORDER

ENTERED BY ELECTRONIC

MEANS

IN THE CIRCUIT COURT OF COOK COUNTY,
COUNTY DEPARTMENT, DOMESTIC RELATIONS DIVISION

IN RE: THE MARRIAGE OF: )
)
PAMELA HARNACK, )
)
    Petitioner, ) No. 2008 D 2844
and )
) Cal. 61
STEVE FANADY, )
)
    Respondent. )

*Judge Michael A. Forti*
*AUG 12 2022*
*Circuit Court - 2162*

## ORDER ENTERED BY ELECTRONIC MEANS

THIS CAUSE coming before the Honorable Court on August 11, 2022, on emergency presentment of Respondent's *Emergency Verified Motion to Set Status on Respondent's Confinement for Contempt as Required by Local Rule 13.8(a)(IV)* ("**Motion**"), Petitioner having filed her response in opposition to emergency, as well as presentment of Respondent's *Motion to Purge or Vacate Contempt* ("**Purge Motion**") Respondent appearing via Zoom through counsel, Petitioner appearing via Zoom through counsel, the Court having heard argument and considering the written filings, due notice given and the Court duly advised in the premises,

**IT IS HEREBY ORDERED:**

1. Respondent's Motion is deemed not to be an emergency for the reasons stated in open court.

    *5246-R.*

2. This Honorable Court makes the express finding that there has not been a violation of Local Rule 13.8(a)(IV).

3. Petitioner is given 35 days, to and including September 15, 2022, to file a written response to Respondent's Purge Motion.

    *4234-P*

4. Respondent is given 7 days thereafter, to and including September 22, 2022, to reply to Petitioner's response to Respondent's Purge Motion.

    *4234-R*

5. The previously scheduled August 24, 2022, status date shall stand, which status shall

    *4466*
    *4679*

expressly include a purge status at which Respondent shall appear, via Zoom, which Zoom information is provided by the Court.

6. All other dates to stand.

ENTERED: _____
Judge                                No.

**LAKE TOBACK DiDOMENICO**
Attorney No. 91154
Attorneys for Petitioner
33 N. Dearborn St., Suite 1720
Chicago, IL 60602
P: 312-726-7111
mdidomenico@laketoback.com
shamann@laketoback.com

**Counsel for Respondent Email:** lauraglaw@aol.com