# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **Steve Fanady** | ) | |
| | ) | |
| Plaintiff | ) | No. 22 cv 4180 |
| | ) | |
| and | ) | |
| | ) | Judge: Andrea Wood |
| **Thomas Dart, as Sheriff of Cook County Illinois, and Amanda Gallegos as Executive Director of the Cook County Jail** | ) ) ) | Magistrate: Cummings |
| | ) | |
| Defendant | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE A
## PETITION FOR A WRIT OF HABEAS CORPUS

**NOW COMES** the Plaintiff, Steve Fanady, by and through his attorney, Laura Grochocki, and moves this Court to grant him leave to file a Writ of Habeas Corpus in the above-entitled case. In support of this petition, Plaintiff states as follows:

1. Plaintiff Steve Fanady ("Fanady") has a Complaint pending in the above-entitled case which alleges that he is intentionally and negligently being subject to unconstitutionally deficient conditions in the Cook County Jail, where he is being held after a finding that he is in indirect civil contempt of court.

2. Fanady has a claim against the Sheriff of Cook County for a Writ of Habeas Corpus under 28 USC §2254. A copy of Fanady's proposed Habeas Corpus complaint is attached hereto as Exhibit "A".

3. As Fanady and the Sheriff are both parties to this case, and because the current claims on file and the Habeas Corpus claim both concern Fanady's incarceration, it is most efficient if the Habeas Corpus claim be brought in the above-entitled case.

WHEREFORE, Plaintiff Steve Fanady prays that this Honorable Court grant him leave to file his Petition for Habeas Corpus in the above-entitled case, instanter, and for such other relief that the Court deems fit.

                                                Respectfully Submitted

                                                /s/ Laura Grochocki
                                                Attorney for Steve Fanady

Laura Grochocki
Attorney for Steve Fanady
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that I caused to be served the above and foregoing <u>Motion for Leave to File Complaint For A Writ of Habeas Corpus</u> via the U.S. District Court's Electronic Filing System to all parties of record on the <u>22st day of February, 2023 before 12:00 p.m.</u>

                                                                     /s/ Laura Grochocki
                                                                      Attorney for Steve Fanady

Laura Grochocki
Attorney for Steve Fanady
200 East Illinois Street, 3211
Chicago, Illinois 60611
312-620-0671
lauraglaw@aol.com
Attorney No. 6239444