**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| STEVE FANADY,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. DART<br>SHERIFF OF COOK COUNTY,<br><br>Defendant. | <br><br>22 -cv- 04180<br><br>Judge HON. ANDREA R. WOOD<br><br>Magistrate Judge<br>HON. JEANNICE W. APPENTENG |

# JOINT STATUS REPORT

Now come Plaintiff STEVE FANADY and Defendant THOMAS DART, SHERIFF OF COOK COUNTY ("Sheriff Dart" or "Sheriff"), by and through their respective undersigned counsel, and hereby submit the following Joint Status Report ("JSR") pursuant to this Court's Order on July 7, 2026 (Dkt# 107):

Specifically, following this Court's referral of the above-captioned matter to magistrate judge Hon. Jeannice W. Appenteng for discovery supervision and settlement conference (Dkt. 105-106), this Court ordered the parties to file—by July 16, 2026—a JSR "setting forth (1) what additional discovery has been completed, (2) what discovery remains, (3) an update on settlement discussions and whether the parties are mutually interested in a settlement conference, and (4) whether any disputes require the Court's attention." (Dkt# 107).

## I. <u>Status on Discovery</u>

***Additional Discovery Completed***: Since the last JSR (Dkt. 104), which this Court has indicated it has reviewed (Dkt. 107), Defendant Sheriff continues to await further revisions or input from Plaintiff on the proposed qualified protective confidentiality order, which Plaintiff and his counsel are continuing to review.

As the parties continue to confer on discovery matters and settlement conferrals, the parties

will advise this Court if further conferral is necessary for any discovery disputes related to written discovery requests and responses. The parties presently expect to meet the present discovery deadlines and schedule, save any adjustments made because of any settlement conference(s).

***What Discovery Remains***: Initial written discovery responses have been tendered, so any further conferrals and/or supplemental requests that become necessary remain. Defendant Sheriff has indicated that he will produce the main record production once the confidentiality order is entered, which Plaintiff continues to review. All depositions remain, where Defendant Sheriff expects to need to take at least one deposition (Plaintiff's), and Plaintiff expects to need to take at least four depositions.

## II. Settlement

In addition to the settlement summary provided in the most recent JSR (Dkt. 104, at 2-3), the Parties have continued to engage in settlement discussions following their telephonic attorneys-only pre-settlement call on May 18, 2026.

Of note, Plaintiff issued a written settlement demand to Defendant Sheriff on June 9, 2026. Now that this matter has been referred to Judge Appenteng for settlement conference, the Parties have reviewed the applicable standing order on settlement conferences and correspondences, particularly regarding settlement letters. So, Defendant Sheriff is ready to prepare his responsive letter following any further instruction from the Court, including whether Plaintiff should supplement and/or amend his settlement letter according to the aforementioned standing order. Both Plaintiff and Defendant Sheriff continue to be open to settlement discussions and wish to proceed toward preparing for a settlement conference.

Without going into the details of the terms of Plaintiff's settlement demand, Defendant Sheriff wishes to advise the court that the present demand involves Plaintiff's other two litigations in this District under case names *Fanady v. Baker, et al.* (1:25-cv-15454; J. Fuentes) and *Fanady v.*

*Dart, et al.* (1:26-cv-02290; J. Alexakis). Although Defendant Sheriff and Plaintiff presently do not consent to consolidation with either of these matters (for discovery, trial, or otherwise), Defendant Sheriff wanted to mention the other matters and their relation to Plaintiff's present settlement demand in case this Court wishes to consider coordination with those other matters.

## III. Additional Matters

There are no additional matters which the Parties want to bring to the Court's attention at this time.

Respectfully Submitted,

*/s/ Laura Grochocki*
Laura Grochocki
200 East Illinois Street, Suite 3211
Chicago, IL 60611
(312) 620-0671
lauraglaw@aol.com
**Counsel for Plaintiff**

*/s/ Michael J. Czopkiewicz*
Michael J. Czopkiewicz
O'Mara & O'Callaghan, LLC
230 W. Monroe Street, Suite 2620
Chicago, IL 60606
(312) 600-5588
Michael.C@O2lawyers.com
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

I, Michael J. Czopkiewicz, hereby certify that on July 16, 2026, I have caused a true and correct copy of this Joint Status Report to be sent via e-filing to all counsel of record in accordance with the requirements regarding the electronic filing and service of documents.

By: */s/ Michael J. Czopkiewicz*
Michael J. Czopkiewicz