**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Steve Fanady
Plaintiff,
v.
Thomas Dart
Defendant.

Case No.: 1:22−cv−04180
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 20, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 7/16/2026 joint status report [108], which indicates the parties are progressing with discovery and they are interested in a settlement conference. Prior to scheduling a settlement conference, the parties shall exchange pre−conference settlement letters, which shall adhere to the guidelines set forth the Court's Standing Order on Settlement Conferences. Plaintiff's amended settlement letter is due to defendant by 7/24/2026. Defendant's letter is due to plaintiff by 7/31/2026. Each party shall email a copy of its letter to the Court at Settlement_Correspondence_Appenteng@ilnd.uscourts.gov on the same day that it is provided to the opposing party. After considering the parties' settlement positions, Chambers staff will contact the parties with available dates for a full settlement conference or a preliminary attorneys−only conference. By 8/20/2026, the parties shall file a joint status report setting forth what additional discovery has been completed, what discovery remains, and whether any disputes require the Court's attention. Tracking status hearing set for 8/3/2026 at 8:30 a.m. for tracking purposes only (no appearance is required; the case will not be called). Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.