**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Steve Fanady
Plaintiff,
v.
Thomas Dart
Defendant.

Case No.: 1:22−cv−04180
Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 7, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' pre−conference settlement letters. At this time, the Court finds that the parties are not mutually interested in a settlement conference and a conference would not be productive. The 8/20/2026 joint status report deadline (see [109]) stands. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.